**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

BERNARD ROBINSON,

        Plaintiff,

    v.                          CIVIL ACTION NO.: CV513-023

MEDICAL STAFF AT WARE
STATE PRISON,

        Defendants.

## O R D E R

    After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

    Plaintiff's complaint is **DISMISSED** due to Plaintiff's failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

    **SO ORDERED**, this _12_ day of ___July___, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)